IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| CRISTIAN JONE JUAREZ VIGIL, *Plaintiff,* <br><br> v. <br><br> PAMELA BONDI, *et al.* *Defendant.* | 1:26-cv-168 |

ORDER

This matter comes before the Court on Petitioner's Status Report. ECF 21. On March 23, 2026, this Court ordered Respondents to either release the Petitioner or provide him with "an individualized, constitutionally-compliant bond hearing pursuant to 8 U.S.C. § 1226(a)." ECF 19. On March 30, 2026, Respondents informed the Court that the Immigration Court held a second bond hearing for the Petitioner and again denied bond due to Petitioner posing a flight risk. ECF 20. As further explained by the parties, the Immigration Judge ("IJ") found Petitioner was a risk of flight due to the fact that, among other things, Petitioner entered the United States unlawfully and worked without authorization. ECF 21-3 at 3-4. The IJ also relied on an unspecified statistic from 1997 that it is common for aliens to abscond and not obey a removal order. *Id.*. The IJ's decision failed to comport with the Court's directive to provide Petitioner with an "individualized, constitutionally-compliant bond hearing" and its guidance that the IJ may not rely on "considerations that would lead to an automatic denial of bond in all cases under 8 U.S.C. § 1226(a)." ECF 19.[1] The Court therefore finds that the Respondents failed to comply with the Court's previous Order that they either release the Petitioner or provide a constitutionally compliant bond hearing, and that Petitioner's release is mandated. *See Elvis Carlos Aguilon*

---

[1] Indeed, such considerations have been rejected by multiple judges in this District. *See Elvis Carlos Aguilon Fuentes v. Pamela Bondi, et al.*, 1:26-cv-167, ECF 19 (E.D. Va. Mar. 20, 2026) (A. Trenga); *Roberto Lozano Rosales*, Case No. 1:26-cv-86, 2026 WL 688858 (E.D. Va. Mar. 11, 2026) (L. Brinkema).

*Fuentes v. Pamela Bondi, et al.*, 1:26-cv-167, ECF 19 at 5 (E.D. Va. Mar. 20, 2026) (releasing Petitioner after a second constitutionally deficient bond hearing) (collecting cases).

Upon consideration of Petitioner's notice and Respondents' response, ECF 24, and for good cause shown, it is hereby

ORDERED that the Petition is GRANTED; and that Petitioner be RELEASED immediately with all of his personal belongings; and within 24 hours of Petitioner's release, Respondents are to file a status report confirming Petitioner's release, and it is further

ORDERED that Petitioner must live at a fixed address he must provide to Respondents upon release; and it is further

ORDERED that Respondents, together with their officers, agents, servants, employees, attorneys, successors, and all persons acting in concert with them, be and are ENJOINED from rearresting or detaining Petitioner unless he has committed a new violation of any federal, state, or local law, or has failed to attend any properly noticed immigration or court hearing, or pursuant to 8 U.S.C. § 1231(a)(2).

The Clerk is directed to forward a copy of this Order to counsel of record.

/s/
_____
Michael S. Nachmanoff
United States District Judge

April 8, 2026
Alexandria, Virginia

2